IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **Keith ROSE,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF SAINT LOUIS, MISSOURI, )<br>COL. GERALD LEYSHOCK, in his )<br>individual and official capacities, )<br>LT. SCOTT BOYHER, in his individual )<br>and official capacities, LT. TIMOTHY )<br>SACHS, in his individual and official )<br>capacities, SGT. RANDY JEMERSON, in )<br>his individual and official capacities, )<br>SGT. MATTHEW KARNOWSKI, in his )<br>individual and official capacities, )<br>SGT. BRIAN ROSSOMANNO, in his )<br>individual and official capacities, and )<br>JOHN DOEs #1-5, in their individual )<br>and official capacities. )<br>)<br>Defendants. ) | Cause No.:4:18-cv-01568 |

## ENTRY OF APPEARANCE

Javad M. Khazaeli enters his appearance on behalf of Plaintiff in the above-stated matter.

                                            Respectfully Submitted,

                                            KHAZAELI WYRSCH LLC

                                            /s/ Javad Khazaeli
                                            Javad Khazaeli, MO53735
                                            James R. Wyrsch, MO53197
                                            Kiara Drake, MO67129
                                            911 Washington Avenue, Suite 211
                                            St. Louis, MO 63101
                                            (314) 288-0777
                                            james.wyrsch@kwlawstl.com

1

javad.khazaeli@kwlawstl.com<br>
kiara.drake@kwlawstl.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 18, 2018, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system and served upon all parties of record via the court's electronic filing system.

/s/ Javad Khazaeli