IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| KEITH ROSE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF SAINT LOUIS, MISSOURI, | ) | Cause No. 4:18-cv-1568 |
| COL. GERALD LEYSHOCK, in his | ) | |
| individual and official capacities, | ) | |
| LT. SCOTT BOYHER, in his individual | ) | |
| and official capacities, LT. TIMOTHY | ) | |
| SACHS in his individual and official | ) | |
| capacities, SGT. RANDY JEMERSON, in | ) | |
| His individual and official capacities, | ) | |
| SGT. MATTHEW KARNOWSKI, in his | ) | |
| individual and official capacities, | ) | |
| SGT. BRIAN ROSSOMANNO, in his | ) | |
| individual and official capacities, and | ) | |
| JOHN DOEs #1-5, in their individual | ) | |
| And official capacities. | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

COMES NOW Blake A. Strode and hereby enters his appearance for Plaintiff in the above captioned matter.

Date Submitted: September 25, 2018                     Respectfully Submitted,

**ARCHCITY DEFENDERS, INC.**

/s/ *Blake A. Strode*
Blake A. Strode (MBE#68422MO)
440 N. 4th St., Suite 390
St. Louis, MO 63102
P: (855) 724-2489
F: (314) 925-1307
bstrode@archcitydefenders.org

## CERTIFICATE OF SERVICE

      I certify that a true and accurate copy of the forgoing was delivered to the court and all parties of record via the Electronic Court Filing system.

                                                                  /s/ *Blake A. Strode*