## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| KEITH ROSE, ) | |
| ) | |
| Plaintiff, ) | Case No. 4:18-CV-1568 |
| ) | |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| CITY OF ST. LOUIS, et al., ) | |
| ) | |
| Defendants. ) | |

## ENTRY OF APPEARANCE

COMES NOW Assistant City Counselor Brandon Laird and hereby enters his appearance as counsel of record for Defendants City of St. Louis, Col. Gerald Leyshock, Lt. Scott Boyher, Lt. Timothy Sachs, Sgt. Randy Jemerson, Sgt. Matthew Karnowski, and Sgt. Brian Rossomanno.

Respectfully submitted,

JULIAN BUSH
CITY COUNSELOR

*/s/ Brandon Laird*
Brandon Laird
Mo. Bar No. 65564
Assistant City Counselor
1200 Market Street
City Hall, Room 314
St. Louis, MO  63103
314.622.4652
FAX: 314.622.4956
lairdb@stlouis-mo.gov
   *Attorney for Defendants*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2019, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system.

*/s/ Brandon Laird*
Brandon Laird
Assistant City Counselor
