UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KEITH ROSE ) | |
| ) | Case No. 4:18-cv-1568 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CITY OF ST. LOUIS, MISSOURI, et al., ) | |
| ) | |
| Defendants. ) | |

**ENTRY OF APPEARANCE**

COMES NOW attorney Frances Claire Lucas of ArchCity Defenders, Inc., and hereby enters her appearance as attorney of record for Plaintiff Keith Rose in the above-captioned matter.

Dated: August 1, 2019                    Respectfully submitted,

**ArchCity Defenders, Inc.**

By: /s/ *Frances Claire Lucas*
　　Frances Claire Lucas (MBE #71314MO)
　　440 North 4th Street Ste. 390
　　Saint Louis, MO 63102
　　855-724-2489
　　314-925-1307 (fax)
　　clucas@archcitydefenders.org

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was made available to all parties of record via this Court's electronic ECF/PACER notification system upon filing on this 1st day of August, 2019.

　　　　　　　　　　　　　　　　　　　　/s/ *Frances Claire Lucas*