## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| KEITH ROSE, | ) |
| | ) |
| Plaintiff, | ) Case No. 4:18-CV-1568 |
| | ) |
| v. | ) JURY TRIAL DEMANDED |
| | ) |
| CITY OF ST. LOUIS, et al., | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

COMES NOW Assistant City Counselor Megan Bruyns and hereby enters her appearance as counsel of record for Aaron Gaddis, and further notifies this Court that Defendant Gaddis agrees to waive service of process and will file an Answer or other responsive pleading within sixty (60) days per Rule 4(d)(3).

Respectfully submitted,

JULIAN BUSH
CITY COUNSELOR

/s/ Megan Bruyns
Megan G. Bruyns, #69987 MO
Assistant City Counselor
1200 Market Street
City Hall, Room 314
St. Louis, MO  63103
314.622.3366
FAX: 314.622.4956
BruynsM@stlouis-mo.gov
*Attorney for Defendant Gaddis*

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2019, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system.

/s/ Megan Bruyns