**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

KEITH ROSE,                          )
                                     )
       Plaintiff,            )
                                     )
  v.                                 )          No. 4:18-CV-1568 RLW
                                     )
CITY OF ST. LOUIS, MISSOURI, et al., )
                                     )
       Defendants.           )

## ORDER

**IT IS HEREBY ORDERED** that Defendants' Motion to Vacate Docket Text Orders ECF Nos. 102 and 103 is **GRANTED.**   [ECF No. 105]

**IT IS FURTHER ORDERED** that the Court's Docket Text Orders dated September 17, 2020, ECF Nos. 102 and 103, are hereby **VACATED.**

**IT IS FURTHER ORDERED** that Plaintiff's Third Amended Complaint, ECF No. 104, is **STRICKEN** from the record.   The Clerk of the Court shall remove from the record ECF No. 104.

**IT IS FURTHER ORDERED** that Defendants have up to and including September 23, 2020, to file a response to Plaintiff's Motion for Leave to File an Amended Complaint.

*Ronnie L. White*
_____
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this   _22nd_   day of September, 2020.