# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

KEITH ROSE, )
 )
    Plaintiff, )
 )
v. )
 )
CITY OF SAINT LOUIS, MISSOURI, )
LT. COL. LAWRENCE O'TOOLE, )
CHARLENE DEEKEN, COL. GERALD )
LEYSHOCK, MJR. DANIEL HOWARD, )
LT. SCOTT BOYHER, LT. TIMOTHY )
SACHS, SGT. RANDY JEMERSON, )
SGT. MATTHEW KARNOWSKI, )   No. 4:18-CV-1568 RLW
SGT. BRIAN ROSSOMANNO, )
LT. KIMBERLY ALLEN, LT. SCOTT )
AUBUCHON, LT. DANIEL CHITWOOD, )
LT. BILL KIPHART, LT. JAMES JOYNER, )
LT. CHRISTI MARKS, LT. MICHAEL )
MAYO, LT. DONNELL MOORE, LT. PAUL )
PIATCHEK, SGT. ERIC BARTLETT, )
SGT. RONALD BERGMANN, )
SGT. MICHAEL BINZ, SGT. JAMES )
BUCKERIDGE, SGT. CURTIS BURGDORF, )
SGT. JOE CARRETERO, SGT. ANTHONY )
CARUSO, SGT. JAMES CLARK, SGT. )
DARNELL DANDRIDGE, SGT. ADAM )
DUKE, SGT. KELLY FISHER, SGT. BRANDT )
FLOWERS, SGT. SAMUEL GILMAN, )
SGT. PATRICK HAUG, SGT. JOHN JONES, )
SGT. MATTHEW KARNOWSKI, )
SGT. ROBERT LAMMERT, SGT. JOE )
LANKFORD, SGT. ROBERT LASCHOBER, )
SGT. TOM LONG, SGT. KYLE MACK, )
SGT. MIKE MANDLE, SGT. MICHAEL )
MARKS, SGT. MARK MCMURRY, )
SGT. JAMES MURPHY, SGT. DENNIS )
NEAL, SGT. PATRICIA NIJKAMP, )
SGT. KENNETH NIZICK, SGT. DONALD )
RE, SGT. BRADLEY ROY, SGT. DANIEL )
SCHULTE, SGT. MICHAEL SCEGO, )
SGT. TIMOTHY SCHUMANN SGT. BRIAN )
SEPPI, SGT. STEPHEN SLAMA, SGT. CLIFF )

```
SOMMER, SGT. TIMOTHY TURNER,         )
SGT. SCOTT VALENTINE, SGT. CHARLES   )
WALL, SGT. DONNELL WALTERS,          )
SGT. SCOTT WEIDLER, SGT. CAROLYN     )
WIENER, SGT. ANTHONY WOZNIAK,        )
DET. MATTHEW BURLE, and OFC. AARON   )
GADDIS,                              )
                                     )
        Defendants.                  )
```

## ORDER OF PARTIAL DISMISSAL

In accordance with the Memorandum and Order dated September 30, 2021, and incorporated herein,

**IT IS HEREBY ORDERED** that defendants Kimberly Allen, Scott Aubuchon, Eric Bartlett, Ronald Bergmann, Michael Binz, James Buckeridge, Curtis Burgdorf, Joe Carretero, Anthony Caruso, Daniel Chitwood, James Clark, Darnell Dandridge, Charlene Deeken, Adam Duke, Kelly Fisher, Brandt Flowers, Samuel Gilman, Patrick Haug, John Jones, James Joyner, Robert Lammert, Joe Lankford, Robert Laschober, Tom Long, Kyle Mack, Mike Mandle, Christi Marks, Michael Marks, Michael Mayo, Mark McMurry, Donnell Moore, James Murphy, Dennis Neal, Patricia Nijkamp, Kenneth Nizick, Paul Piatchek, Donald Re, Bradley Roy, Michael Scego, Daniel Schulte, Timothy Schumann, Brian Seppi, Stephen Slama, Cliff Sommer, Timothy Turner, Scott Valentine, Charles Wall, Donnell Walters, Scott Weidler, Carolyn Wiener, and Anthony Wozniak are **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that Count VII (Abuse of Process), Count VIII (Malicious Prosecution), and Count XV (Malicious Trespass of Property) of Plaintiff's Third Amended Complaint are **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that Count XI (Vicarious Liability under City Charter) of Plaintiff's Third Amended Complaint is **DISMISSED** without prejudice.

2

**IT IS FURTHER ORDERED** that Defendant Matthew Karnowski is **DISMISSED** as a duplicate defendant, as he appears twice in the case-caption. Defendant Matthew T. Karnowski remains in the case.

_____
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this __5th__ day of October 2021.

3