UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| KEITH ROSE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v ) | Cause No. 4:18-CV-01568-RLW |
| ) | |
| CITY OF SAINT LOUIS, MISSOURI, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SETTLEMENT

1. On Friday, December 16, 2022, the parties in *Street, et al. v. O'Toole*, 4:19-cv-02590-CDP reached a settlement and executed a memorandum of understanding.

2. *Street, et al. v. O'Toole*, 4:19-cv-02590-CDP is a class action suit related to the same mass arrest event that is the subject of this lawsuit.

3. By the terms of the Street settlement, Plaintiff's September 17, 2017 claims will be included in the *Street* class.

4. The parties are working to expeditiously file a motion for preliminary approval of class certification and the settlement, and they will finalize the proposed terms and request preliminary approval of the Court within 30 days.

5. Accordingly, the parties respectfully request that the Court stay this matter until final approval of class certification in Street, at which point Plaintiff will move to dismiss his claims related to that incident.

6. Plaintiff will also work in good faith to communicate with counsel for Defendants in order to determine whether settlement is proper for the remaining claims related to the incident of September 15, 2017. Counsel will Plaintiffs will inform the Court of any progress 30 days from today.

Respectfully submitted,

<table>
<tr><td>

**KHAZAELI WYRSCH LLC**

/s/ James R. Wyrsch
James R. Wyrsch, 53197MO
Javad M. Khazaeli, 53735MO
John M. Waldron, 70401MO
911 Washington Avenue, Suite 211
St. Louis, MO 63101
(314) 288-0777
(314) 400-7701 (fax)
james.wyrsch@kwlawstl.com
javad.khazaeli@kwlawstl.com
jack.waldron@kwlawstl.com

**CAMPBELL LAW LLC**
Alicia Campbell, 59586MO
John Campbell, 59318MO
3470 S. Jefferson
St. Louis, Missouri 63114
alicia@campbelllawllc.com
john@campbelllawllc.com
*Attorneys for Plaintiff*

</td><td>

**SHEENA HAMILTON**
**CITY COUNSELOR**

/s/ Brandon Laird
Brandon Laird 65564 MO
lairdb@stlouis-mo.gov
Abby Duncan 67766 MO
duncana@stlouis-mo.gov
Adriano Martinez 69214 MO
martineza@stlouis-mo.gov
Assistant City Counselors

1200 Market St. City Hall, Rm 314
St. Louis, MO 63103
314-622-3361
Fax 314-622-4956
*Attorneys for Defendants*

</td></tr>
</table>