UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| KEITH ROSE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:18-CV-1568 RLW |
| | ) | |
| CITY OF ST. LOUIS, MISSOURI, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on the parties' Notice of Settlement, which the Court construes as a motion requesting a 30-day stay in this matter. (ECF No. 183). The parties state in their notice that a settlement has been reached in Street, et al. v. O'Toole, 4:19-cv-02590-CDP, a class action suit related to the same mass arrest event that is the subject of this lawsuit. According to the parties, Plaintiff's claims related to the events of September 17, 2017, will be included in the Street settlement. Plaintiff's claims related to the events occurring on September 15, 2017, however, are not included in the Street settlement, and the parties state in their notice that counsel are working "to determine whether settlement is proper" for the remaining claims. (ECF No. 183 at 1). The parties request that the Court stay this entire matter thirty days until final approval of class settlement in Street, at which time counsel will inform the Court whether there has been "progress" in reaching a settlement of Plaintiff's remaining claims. (Id.)

The Court has informed the parties that no further extensions of deadlines in *this case* will be granted. The Court will grant the parties' request for a 30-day stay, as the claims related to the events of September 17, 2017. In all other respects, the request for a stay is denied, and the Court will proceed to take up Defendants' motion for summary judgment.

Accordingly,

**IT IS HEREBY ORDERED** that the parties' joint motion for a 30-day stay in this matter is **GRANTED in part, and DENIED in part.** (ECF No. 183). The motion is **GRANTED** only to the extent that a stay is entered as to claims relating to the events of September 17, 2017. In all other respects, the motion is **DENIED.**

**IT IS FURTHER ORDERED** that counsel shall file, within thirty (30) days of the date of this order, a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment as to Plaintiff's claims relating to the events of September 17, 2017. **Failure to comply timely with this order will result in the dismissal of those claims with prejudice.**

*Ronnie L. White*

**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this 20th day of December, 2022.