## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| KEITH ROSE, | ) |
| Plaintiff, | ) ) ) |
| v | ) Cause No. 4:18-CV-01568-RLW |
| CITY OF SAINT LOUIS, MISSOURI, et al., | ) ) ) |
| Defendants. | ) |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(A)(ii), the parties stipulate to the voluntary dismissal of this action **without prejudice**.

Dated:  January 19, 2023                              Respectfully submitted,

KHAZAELI WYRSCH LLC                        SHEENA HAMILTON, CITY COUNSELOR

/s/ James R. Wyrsch                                      /s/ Brandon Laird
James R. Wyrsch, #53197(MO)              Brandon Laird, #55564(MO)
Javad M. Khazaeli, #53735(MO)            Abby Duncan, #67766(MO)
911 Washington Ave. #211                      1200 Market St.
Saint Louis, MO 63101                              City Hall, Rm 314
314-288-0777                                              St. Louis, MO 63103
314-400-7701 (fax)                                    314-622-3361
james.wyrsch@kwlawstl.com                  Fax 314-622-4956
javad.khazaeli@kwlawstl.com                lairdb@stlouis-mo.gov
                                                                  duncana@stlouis-mo.gov

*Attorneys for Plaintiff*

*Attorneys for Defendants*