# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| KEITH ROSE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:18-CV-1568 RLW |
| CITY OF ST. LOUIS, MISSOURI, et al., | ) ) ) |
| Defendants. | ) ) |

## ORDER

In accordance with the parties' Stipulation for Dismissal (ECF No. 185),

**IT IS HEREBY ORDERED** that the March 6, 2023 trial setting is **vacated**.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment is **DENIED as moot.**   (ECF No. 154)

**IT IS FURTHER ORDERED** that the Clerk of Court shall make an entry in the docket record reflecting the dismissal of this matter without prejudice.   Fed. R. Civ. P. 41(a)(1)(A)(ii).

*/s/ Ronnie L. White*
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this   20th   day of January, 2023.